# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC LONG,<br>　　Plaintiff,<br><br>　　v.<br><br>GOVERNOR TOM WOLF, *et al.*,<br>　　Defendants. | CIVIL ACTION NO. 18-CV-5615 |

## ORDER

**AND NOW**, this 1st day of July 2019, upon consideration of Defendant Wolf's Motion to Dismiss (ECF No. 11), and Plaintiff's response thereto (ECF No. 13), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**. Plaintiff's claims against Defendant Wolf are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against the remaining Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/ Wendy Beetlestone**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**